HARRY KRAM, Appellant, *v.* JOSEPH SHYEV, Respondent.

*Kram* v. *Shyev,* 144 App. Div. 932, affirmed.
(Argued March 13, 1913; decided April 1, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 1, 1911, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to enjoin the use of a partnership name.

*Eugene Cohn* for appellant.

*S. Livingston Samuels* and *Isaac Fromme* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.

---

ISAAC GOODMAN, Respondent, *v.* JOSEPH SCHWAB, Appellant.

*Goodman* v. *Schwab,* 144 App. Div. 932, affirmed.
(Argued March 13, 1913; decided April 1, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 1, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to rescind a contract for the sale of real property on the ground of fraud.

*Charles Goldzier* for appellant.

*Jacob I. Berman* and *Isidor Cohn* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN and CUDDEBACK, JJ. Not sitting: MILLER, J.